AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES EDWARD SMITH | ) Case No. 18-8106-DLB |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED by SP D.C.

MAR 1 4 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2017 to Present__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in Possession of a Firearm |
| 18 U.S.C. Section 1591(a)(1) | Sex Trafficking a Minor to Engage in Commercial Sex Act |
| 18 U.S.C. Section 2422(b) and 371 | Inducing a Minor to Engage in Commercial Sex Act and Conspiring to Induce a Minor to Engage in Commercial Sex Act |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Renee Blaize
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/14/2018

*Judge's signature*

City and state: West Palm Beach, Florida

U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

## AFFIDAVIT

Your affiant, Renee Blaize, being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past twelve years. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, Miami Division. In my tenure as a Special Agent of the FBI, I have investigated a variety of federal criminal violations, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Section 2251 et. seq.

2. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, and information gained from my training and experience. I am familiar with the facts and circumstances of this investigation. I have received training in the area of child prostitution and child exploitation through the FBI.

3. I am investigating the activities of CHARLES EDWARD SMITH, a/k/a "Suncoast", date of birth XX/XX/1955. As will be shown below, there is probable cause to believe that SMITH conspired to and knowingly persuaded, induced, enticed, or coerced an individual who has not yet attained the age of 18 years to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense. I am submitting this affidavit in support of a criminal complaint charging CHARLES EDWARD SMITH with violations of 18 U.S.C. §§ 1591(a)(1) 371 and 2422(b). In addition to these charges, SMITH also possessed a firearm after being

convicted of a felony crime, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

4. The statements in this Affidavit are based in part on information provided to me by Detective Brittany Tatum of the West Palm Beach Police Department and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that CHARLES EDWARD SMITH committed violations of Title 18, United States Code, §§ 1591(a)(1) 371 and 2422(b) and 922(g)(1) and 924(a)(2).

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of Title 18, United States Code, §§ 1591. Section 1591 (a) establishes that (1), "Whoever knowingly, in or affecting interstate or foreign commerce… recruits, entices, harbors, transports, provides, or obtains by any means a person; or (2) benefits financially or by receiving anything of value, from participation, in a venture, which has engaged in an act described in violation of paragraph (1), knowing that force, fraud, or coercion described in subsection (c)2 will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

6. This investigation also concerns alleged violations of Title 18, United States Code, §§ 371 and 2422(b). Section 371 states, in part, "If two or more persons conspire to either commit any offense against the United States, or any agency thereof in any manner and in any purpose, and or more of such persons do any act to effect the

object of the conspiracy, each shall be fined under this title or imprisoned…" Section 2422(b) establishes that, "Whoever using the mail, or any facility or means of interstate or foreign commerce… knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do, shall be fined under this title and imprisoned not less than 10 years or for life."

7. Section 922(g)(1) and 924(a)(2) establishes that whoever "having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, in and affecting interstate or foreign commerce shall be fined under this title and imprisoned up to 10 years."

## BASIS FOR FACTS CONTAINED IN THIS AFFIDAVIT

8. I have learned through my training, experience, and contact with other trained law enforcement officers that prostitution is generally escort based or street based where prostitutes work on the streets in view of the public. These prostitutes work by way of telephone or the use of the internet.

9. Often, pimps set a monetary quota for prostitutes to meet per day. Based on source information and information provided to me by other trained law enforcement officers, a pimp can easily generate up to $1,000.00 a day with one prostitute. Therefore, to continue to make money and avoid law enforcement detection, the majority of pimps transport their prostitutes from one location to another. Further, when any given location becomes too visible to law enforcement (i.e. "hot"), or fails to generate enough money, or a large public gathering is to take place in a certain city, such as major sporting events,

pimps transport their prostitutes from one state to another to make their money. Prostitutes frequently work defined areas on the street known as "tracks," and/or serve as escorts through escort services. Pimps and prostitutes frequently use the internet, in addition to cellular phones, to communicate, coordinate dates and keep the pimps informed regarding the prostitutes availability. It is my experience that pimps and prostitutes frequently change text messages, e-mail accounts or use fictitious names to avoid detection.

## INVESTIGATIVE FINDINGS

10. I am investigating the activities of CHARLES EDWARD SMITH date of birth XX-XX-1955. (For purposes of this affidavit, the month and day of dates of birth have been redacted).

11. On March 13, 2018, officers from the West Palm Beach Police Department, Florida, executed a narcotic search warrant at 330 Pine Street, West Palm Beach, Florida 33407 and identified a fourteen-year-old female (herein "juvenile female").

12. During the execution of the search warrant, the juvenile female was accompanied by an adult male both of whom were asleep in a bedroom at the residence.

13. During a conversation with the juvenile female, officers determined that she had been engaged in prostitution at the residence with numerous adult males.

14. The officers determined that she was reported as a missing person by Palm Beach Sheriff's Office. The officers called Department of Children and

Families and she was brought to the West Palm Beach Police Department for identification.

15. At West Palm Beach Police Department, the juvenile said that she had been prostituting for the past eight (8) months in West Palm Beach, Florida. She indicates that she had been living in the target residence for three (3) months.

16. The juvenile met an unknown adult male "red dog" who lives at the target residence. He took her back to the target address where she met Smith a/k/a "Suncoast." Smith said she could stay there in return for $40 every two days. Smith was aware that she makes that money by engaging in prostitution. She also has had sexual relations with Smith in return for controlled substances. She originally denied that Smith arranged tricks or dates for her but later admitted that Smith had arranged several tricks or dates with an elderly male. The juvenile female that the Smith used the house for prostitution activity. She knows Smith as the owner of the house.

17. The firearm and ammunition in this case, a Remington 870 16 gauge, was not manufactured in the State of Florida, therefore the firearm and ammunition has affected interstate and/or foreign commerce.

18. After SMITH was read his Miranda rights, he waived them. SMITH explained that the owner of 330 Pine Street, West Palm Beach, Florida let him stay at the house so that it did not get vandalized. SMITH has been residing there for the last 8 months. A federal search warrant was executed at 330 Pine Street on March 13, 2018 where the Remington shot gun was found. SMITH advised officers that he handled the gun when a friend "Fred" gave it to him. SMITH's friend Fred gave him

a motorcycle, tools, the shotgun and miscellaneous item to keep for him. SMITH also advised that he went to jail in 1996 for his last felony conviction and got out in 1999 for possessing and selling drugs.

## CONCLUSION

19. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that CHARLES EDWARD SMITH have committed acts constituting violations of 18 U.S.C. §§ 1591(a)(1), 371 and 2422(b) and of Title 18, United States Code, Section 922(g)(1) and 924(a)(2). Your Affiant, therefore, respectfully requests that criminal complaints be issued charging CHARLES EDWARD SMITH with violations of 18 U.S.C. § § 1591(a)(1), 371 and 2422(b) and 922(g)(1) and 924(a)(2).

Renee Blaize
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 14th day of March 2018.

Dave Lee Brannon
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-8106-DLB

IN RE: COMPLAINT,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes   X\_\_\_\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? Yes \_\_\_x\_\_\_\_ No

                    Respectfully submitted,

                    BENJAMIN GREENBERG
                    UNITED STATES ATTORNEY

BY:   LOTHROP MORRIS
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 095044
        500 Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        (561) 820-8711
        (561) 820-8777 (FAX)
        LOTHROP.MORRIS@USDOJ.GOV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CHARLES EDWARD SMITH

**Case No:** 18-8106-DLB

Count #: 1

    Sex Trafficking of a Minor

    Title 18, U.S.C. Section 1591(a)(1)

**\* Max.Penalty:** 15 Years' to Life Imprisonment; Up to Life Supervised Release; $250,000 Fine; $5,000 Special Assessment

Count #: 2

    Inducing a Minor to Engage in Commercial Sex Act and Conspiring to Induce a Minor to Engage in Commercial Sex Act

    Title 18, U.S.C. Section 2422(b) & 371

**\* Max.Penalty:** 10 Years' to Life Imprisonment; Up to Life Supervised Release; $250,000 Fine; $5,000 Special Assessment

Count #: 3

    Felon in Possession of a Firearm

    Title 18, U.S.C. Section 922(g)(1) and 924(a)(2)

**\* Max.Penalty:** 10 Years' Imprisonment; 5 Years' Supervised Release; $250,000 Fine; $1,00 Special Assessment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# BOND RECOMMENDATION

Charles Edward SMITH
Defendant

PRETRIAL DETENTION is recommended as to defendant.

A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY