UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-80062-Cr-Middlebrooks/Brannon
18 U.S.C. §1594( c)
18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA,

vs.

CHARLES EDWARD SMITH,
a/k/a Suncoast,

Defendant.
_____/

FILED BY __TM__
Mar 27, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From in or about October 2017, and continuing through on or about March 13, 2018, in Palm Beach County, in the Southern District of Florida, the defendants,

**CHARLES EDWARD SMITH,
a/k/a Suncoast,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, or solicit by any means a person, that is, A.A., knowing, and in reckless disregard of the fact, that A.A. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) & (b)(2); all in violation of Title 18, United States Code, Section 1594( c).

## COUNT 2

On or about March 13, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHARLES EDWARD SMITH,**
a/k/a Suncoast,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Remington shotgun, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

CHARLES E. SMITH,
        Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

   Miami ____   Key West ____
   FTL ____   WPB _X_   FTP ____

New Defendant(s)   YES ____   NO ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   NO
   List language and/or dialect

4. This case will take   7-8   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | 7-8 | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   YES
If yes:   Magistrate Case No.   18-8106-DLB
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   3/13/18
Defendant(s) in state custody as of   N/A
Rule 20 from the
District of _____

Is this a potential death penalty case? (Yes or No)   ____Yes   _X_ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

                                                          LOTHROP MORRIS
                                                          ASSISTANT UNITED STATES ATTORNEY
                                                          Florida Bar/Court No. 0095044

*Penalty Sheet(s) attached                                                                    REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>**CHARLES E. SMITH**</u>

**Case No:** _____

Count #: 1

    Conspiracy to commit Sex Trafficking of Minors

    Title 18, U.S.C. Sections 1591(a)(1) and (b)(2) and 1594

\* **Max.Penalty**: 20 Years' Maximum Imprisonment; Up to Life Supervised Release; $250,000 Fine; $5,000 Special Assessment

Count #: 2

    Felon in Possession of a Firearm

    Title 18, U.S.C. Sections 922(g)(1) and 924(a)(2)

\* **Max.Penalty**: 10 Years' Maximum Imprisonment; 5 Years' Supervised Release; $250,000 Fine; $100 Special Assessment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: CHARLES E. SMITH

Pre-trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Lothrop Morris

Last Known Address: _____

What Facility: Palm Beach County Jail

Agent(s): S/A Renee Blaize
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
FBI